DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-322 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| | ) | |
| | ) | Judge: Lawrence K. Karlton |
| JESUS FERNANDO VEGA, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on October 11, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation of the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 11, 2006, be continued until November 28, 2006. In addition, the parties stipulate that the time period from October 11, 2006, to November 28, 2006, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, especially in light of the potential two life sentences, plus ten years, that defendant faces if convicted on all counts.

///

///

///

1

1  A proposed order is attached and lodged separately for the court's convenience.

2  DATED: October 10, 2006

3

4  Respectfully submitted,

5  McGREGOR W. SCOTT                    DANIEL BRODERICK
   United States Attorney                Federal Defender

7

8  by: /Lexi Negin for Samuel Wong       /s/ Lexi Negin
   SAMUEL WONG                           LEXI NEGIN
   Assistant U.S. Attorney               Assistant Federal Defender
9  Attorney for United States            Attorney for Jesus Vega

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-322 (LKK) |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| JESUS FERNANDO VEGA, ) | |
| Defendant. ) | |
| _____ | |

     For the reasons set forth in the stipulation of the parties, filed on October 10, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for October 11, 2006, be continued until Tuesday, November 28, 2006, at 9:30 a.m.  The Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 10, 2006 stipulation, the time under the Speedy Trial Act is excluded from October 11, 2006, through November 28, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 6, 2006

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT