DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-322 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONVERT |
| v. | ) | MOTION HEARING TO STATUS HEARING |
| | ) | |
| | ) | Judge: Lawrence K. Karlton |
| JESUS FERNANDO VEGA, | ) | |
| | ) | |
| Defendant. | ) | |

_____

At a status hearing on February 13, 2007, the parties agreed to a briefing schedule for motions to suppress evidence and scheduled a non-evidentiary motion hearing on May 1, 2007.  By agreement of the parties time was excluded from the Speedy Trial Act due to defense counsel's need to investigate and prepare the motions.

Since the status hearing of February 13, 2007, the complexity of Mr. Vega's case has changed considerably.  The complexity is due in part to a large, multi-jurisdictional Drug Enforcement Administration investigation of Mr. Vega which was only recently revealed to defense counsel.

As a result, the case before the Court may change in complexity.  The parties are in agreement that prior to filing motions, defense counsel needs time to understand and investigate the potential new charges. The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation of the case.

The parties, through their respective counsel, hereby stipulate and agree that the motion schedule

1

previously set be vacated and that the Motion Hearing scheduled for May 1, 2007, be converted to a status conference hearing. The parties stipulate that the time period from February 13, 2007, to May 1, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to investigate and prepare for the new complexity of the case.

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 5, 2007

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| by: /Lexi Negin for Samuel Wong | /s/ Lexi Negin |
| SAMUEL WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Jesus Vega |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-322 (LKK) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| JESUS FERNANDO VEGA, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

    For the reasons set forth in the stipulation of the parties, filed on April 5, 2007, IT IS HEREBY ORDERED that the previously set briefing schedule for motions be vacated and that the current Motion Hearing date of May 1, 2007, be converted to a status conference.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 5, 2007 stipulation, the time under the Speedy Trial Act is excluded from February 13, 2007, through May 1, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 5, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2