DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-322 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| | ) | |
| | ) | Judge: Lawrence K. Karlton |
| JESUS FERNANDO VEGA, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on May 1, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation of the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 1, 2007, be continued until July 31, 2007.  In addition, the parties stipulate that the time period from May 1, 2007, to July 31, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, especially in light of the potential two life sentences, plus ten years, that defendant faces if convicted on all counts.

///

///

///

1

1    A proposed order is attached and lodged separately for the court's convenience.

DATED: April 27, 2007

      Respectfully submitted,

McGREGOR W. SCOTT      DANIEL BRODERICK
United States Attorney       Federal Defender


by:  /Lexi Negin for Samuel Wong    /s/ Lexi Negin
SAMUEL WONG         LEXI NEGIN
Assistant U.S. Attorney       Assistant Federal Defender
Attorney for United States      Attorney for Jesus Vega



 by:  /Lexi Negin for Carolyn Delaney
CAROLYN DELANEY
Assistant U.S. Attorney
Attorney for United States

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-322 (LKK) |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| JESUS FERNANDO VEGA, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on April 27, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for May 1, 2007, be continued until Tuesday, July 31, 2007, at 9:30 a.m.  The Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 27, 2007  stipulation, the time under the Speedy Trial Act is excluded from May 1, 2007, through July 31, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 27, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2