DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-322 (LKK) |
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| JESUS FERNANDO VEGA, | ) | |
| Defendant. | ) | |

      This matter came on for Status Conference on July 31, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Samuel Wong appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was present and in custody.

      Defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case with the government.  A further status conference date of September 25, 2007, is set.

      Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from July 31, 2007, up until and including September 25, 2007.

      Good cause appearing therefor,

      IT IS ORDERED that this matter is continued to September 25, 2007, at 9:30 a.m. for Status Conference.

Order After Hearing

1    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2 (iv) and Local Code T4, the period from July 31, 2007, up to and including September 25, 2007, is
3 excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of
4 counsel.

Dated:  August 7, 2007

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

Order After Hearing                               2