1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )    CR No. S 06-322 LKK
                                  )
12            Plaintiff,          )
                                  )
13       v.                       )
                                  )    STIPULATION AND ORDER
14  FERNANDO VEGA,                )
                                  )
15            Defendant.          )
    _____ )
16                                )

17

18       IT IS HEREBY stipulated between the United States of America

19  through its undersigned counsel, Carolyn K. Delaney, Assistant

20  United States Attorney, together with the defendant and his

21  counsel, Lexi Negin, that the status conference currently

22  scheduled for Tuesday, December 11, 2007, should be vacated; and

23  a further status conference should be scheduled for January 29,

24  2008.

25       It is further stipulated and agreed between the parties that

26  the time under the Speedy Trial Act should be excluded from

27  today's date to January 29, 2009, under Local Code T4, Title 18,

28

                                   1

1  United States Code, Section 3161 (h)(8)(B)(iv), for continuity of

2  counsel and defense preparation

3

   Dated: December 7, 2007                    Respectfully submitted,
4
                                              McGREGOR W. SCOTT
5                                             U.S. Attorney

6                                             /s/ Carolyn K. Delaney

7                                             CAROLYN K. DELANEY
                                              Assistant U.S. Attorney
8

9  Dated: December 7, 2007                    /s/ Lexi Negin

10                                            Lexi Negin
                                              Attorney for Fernando Vega
11

12

13                              **ORDER**

14 **IT IS HEREBY ORDERED**:    That the status conference set for

15 December 11, 2007 is VACATED; and a further status conference for

16 January 29, 2008 is scheduled. It is further ORDERED that the

17 time under the Speedy Trial Act between today's date and January

18 29, 2008, is excluded under Local Code T4, Title 18, United

19 States Code, Section 3161 (h)(8)(B)(iv), to give the defendant

20 time to adequately prepare and in the interests of justice.

21

   Dated: December 7, 2007
22

23

24 _____
   LAWRENCE K. KARLTON
25 SENIOR JUDGE
   UNITED STATES DISTRICT COURT

26

27

28

                                2