1    DANIEL BRODERICK, Bar #89424
     Federal Defender
2    Lexi Negin, D.C. Bar #446153
     Assistant Federal Defender
3    801 I Street, 3rd. Floor
     Sacramento, California  95814
4    Telephone: (916) 498-5700

5    Attorney for Defendant
     JESUS FERNANDO VEGA
6

7                    IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9
     UNITED STATES OF AMERICA,        )    CASE NO. CR-S-06-322 (LKK)
10                                    )
                    Plaintiff,        )
11                                    )    **ORDER AFTER HEARING**
             v.                       )
12                                    )
                                      )    JUDGE: Lawrence K. Karlton
13   JESUS FERNANDO VEGA,             )
                                      )
14                  Defendant.        )
     _____

15
           This matter came on for Status Conference on July 8, 2008, in the courtroom of the Honorable
16
     Lawrence K. Karlton, Senior Judge.  Assistant United States Attorneys Carolyn Delaney and Samuel
17
     Wong appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin
18
     appeared on behalf of Defendant Jesus Vega, who was not present with a waiver on file.
19
           Defense counsel requested additional time for investigation, review of discovery and to prepare a
20
     defense of the case with the government.  A further status conference date of September 9, 2008, is set.
21
           Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
22
     the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
23
     counsel, from July 8, 2008, up until and including September 9, 2008.
24
           Good cause appearing therefor,
25
           IT IS ORDERED that this matter is continued to September 9, 2008, at 9:30 a.m. for Status
26
     Conference.
27

28   Order After Hearing

1     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4,

2   the period from July 8, 2008, up to and including September 9, 2008, is excluded from the time

3   computations required by the Speedy Trial Act due to ongoing preparation of counsel.

4   Dated: July 25, 2008

5

6

7   LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order After Hearing                              2