```
LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JESUS FERNANDO VEGA,<br><br>             Defendant.<br>_____ | NO. CR. S-06-322 LKK<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE AND EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL ACT<br><br>Court:  Hon. Lawrence K. Karlton<br>Date:   April 24, 2009<br>Time:   1:30 p.m. |

    Whereas, there is currently set a status conference on April 24, 2009, at 1:30 p.m.; and

    Whereas, defense counsel will need additional time to review the discovery, conduct legal research, conduct additional factual investigation, and communicate with her respective client regarding this case,

    IT IS HEREBY stipulated between plaintiff United States of America, on the one hand, and defendant Jesus Fernando Vega, on the other hand, by and through their respective undersigned

///

///

1

counsel, that the previously set April 24, 2009, at 1:30 p.m., status conference shall be continued to **May 19, 2009, at 9:15 a.m.**

It is further stipulated and agreed between the parties that the time period from the date of this stipulation, April 22, 2009, through and including May 19, 2009, shall be excluded from computation of time within which the trial of the above criminal prosecution must commenced under the Speedy Trial Act on the grounds that the continuance is needed for defense preparation as described in this stipulation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4.

Dated: April 22, 2009        Respectfully submitted,

       /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for defendant
Jesus Fernando Vega
(per email authorization)

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/Samuel Wong
    SAMUEL WONG
    Assistant U.S. Attorney

| | |
|---|---|
| 1 | ORDER |

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated April 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT