DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-322 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| JESUS FERNANDO VEGA, | ) | |
| Defendant. | ) | |

       This matter came on for Status Conference on August 25, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Executive Assistant United States Attorney Carolyn K. Delaney appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was not present with a waiver on file.

       Defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case with the government.  A further status conference date of October 14, 2009, is set.

       Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes T2 and T4, for case complexity and preparation of counsel, from August 25, 2009, up until and including October 14, 2009.

/ / /

Order After Hearing

1  ///

2  Good cause appearing therefor,

3  IT IS ORDERED that this matter is continued to October 14, 2009, at 9:15 a.m., for Further Status
4  Conference.

5  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes
6  T2 and T4, the period from August 25, 2009, up to and including October 14, 2009, is excluded from the
7  time computations required by the Speedy Trial Act due to case complexity and ongoing preparation of
8  counsel.

9  Dated:   September 2, 2009

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

Order After Hearing                                          2