1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-322 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| JESUS FERNANDO VEGA, | ) | |
| Defendant. | ) | |

This matter came on for Status Conference on October 14, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Executive Assistant United States Attorney Carolyn K. Delaney appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was not present with a waiver on file.

Defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case with the government. A further status conference date of October 14, 2009, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes T2 and T4, for case complexity and preparation of counsel, from October 14, 2009, up until and including December 1, 2009.

/ / /

Order After Hearing

1  / / /

2  Good cause appearing therefor,

3  IT IS ORDERED that this matter is continued to December 1, 2009, at 9:15 a.m., for Further
4  Status Conference.

5  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes
6  T2 and T4, the period from October 14, 2009, up to and including December 1, 2009, is excluded from the
7  time computations required by the Speedy Trial Act due to case complexity and ongoing preparation of
8  counsel.

10  Dated: October 23, 2009

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

Order After Hearing                    2