IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS FERNANDO VEGA,<br><br>　　　　　　　Defendant. | CASE NO. CR-S-06-322 (LKK)<br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

　　　For the reasons set forth in the stipulation of the parties, filed on February 11, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for February 17, 2010, be continued until **Tuesday, June 15, 2010, at 9:15 a.m.**  The Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 11, 2010, stipulation, the time under the Speedy Trial Act is excluded from February 17, 2010, through June 15, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 10, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1